IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH P. HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3128 |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The October 3, 2007 telephone planning conference was cancelled, pending the parties' submission of their separate or joint letters to the court regarding their mediation plans, pursuant to paragraph 2 of the initial progression order, filing 6. None has been received.

IT THEREFORE HEREBY IS ORDERED,

Counsel are given until November 1, 2007 to show cause in writing why this matter should not be dismissed or other appropriate sanctions imposed.

DATED this 22nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge