```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

KEITH P. HUGHES,               )
                               )
          Plaintiff,           )        4:07CV3128
                               )
     v.                        )
                               )
PRINCIPAL LIFE INSURANCE       )          ORDER
COMPANY, an Iowa corporation,  )
                               )
          Defendant.           )
                               )
```

The parties have responded to the court's order of October 22, 2007. Cause having been shown,

IT IS ORDERED:

1. The parties' mediation reports are due January 7, 2008.

2. The Rule 16 planning conference is rescheduled to January 14, 2008 at 10:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 25th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge